| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number *(if known)*: _____ Chapter 15 |

☐ Check if this is an
amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    **12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**

Harkand Gulf Contracting Limited

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 08534491_____ . Describe identifier UK Registration Number___ .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**

Ian Wormleighton, Michael Magnay, and Philip Stephen Bowers

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Administration proceedings under the United Kingdom Insolvency Act 1986 (the "Act") commenced upon appointment of an administrator pursuant to paragraph 22(2) of Schedule B1 to the Act

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor    Harkand Gulf Contracting Limited
Name                                                         Case number (if known)_____

---

**8. Others entitled to notice**    Attach a list containing the names and addresses of:

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)    all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)    all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

United Kingdom

**Debtor's registered office:**

Four Brindleyplace
Number       Street

_____
P.O. Box

Birmingham, B1 2HZ
City          State/Province/Region      ZIP/Postal Code

United Kingdom
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City          State/Province/Region      ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

66 Shoe Lane
Number       Street

_____
P.O. Box

London, EC4A 3BQ
City          State/Province/Region      ZIP/Postal Code

United Kingdom
Country

---

**10. Debtor's website** (URL)    N/A

---

**11. Type of debtor**    *Check one:*

☑ Non-individual (*check one*):

☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other.  Specify: _____

☐ Individual

---

| Debtor | Harkand Gulf Contracting Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____          Ian Wormleighton
Signature of foreign representative          Printed name

Executed on   06/20/2016
              MM / DD / YYYY

✗ _____          _____
Signature of foreign representative          Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗   /s/ Zack A. Clement                          Date   6/20/2016
Signature of Attorney for foreign representative          MM / DD / YYYY

Zack A. Clement
Printed name

Zack A. Clement PLLC
Firm name

3753 Drummond Street
Number          Street

Houston                                    Texas      77025
City                                       State      ZIP Code

(832) 274-7629                             zack.clement@icloud.com
Contact phone                             Email address

04361550                                   Texas
Bar number                                 State

**Schedule 1**

**Harkand Gulf Contracting Limited
Corporate Ownership Statement**

In compliance with the requirements of Bankruptcy Rule 1007(a)(4)(A), the following is the corporate ownership statement of the debtor, Harkand Gulf Contracting Limited (the "Debtor"), identifying any corporation that directly or indirectly owns 10% or more of any class of the Debtor's equity interests:

- OCM European Principal Opportunities Fund II, L.P., a partnership organized under the laws of the Cayman Islands indirectly owns 100% of Harkand Global Holdings Limited.

- Harkand Global Holdings Limited, a company organized under the laws of Scotland, directly owns 100% of Harkand Gulf Limited.

- Harkand Gulf Limited, a company organized under the laws of England, directly owns 100% of the Debtor.

For the Court's convenience, a corporate structure chart is included herewith.

# Harkand Group - Simplified Structure Chart[1]



**Notes**

[1] All subsidiary companies are wholly owned, unless otherwise indicated.

[2] Shipco Ltd was placed into administration by a creditor of the Group.

**Key**

- A — In administration
- Incorporated in England
- Incorporated in Scotland
- Incorporated in Guernsey
- Incorporated in Singapore
- Incorporated in Ghana
- Incorporated in Gibraltar
- Incorporated in the Marshall Islands
- Incorporated in Luxembourg
- Incorporated in the Cayman Islands

**<u>Schedule 2</u>**

**Harkand Gulf Contracting Limited**
**List of Administrators**

In compliance with the requirements of Bankruptcy Rule 1007(a)(4)(B), the following is a list of all persons or bodies authorized to administer the foreign proceedings of the debtor, Harkand Gulf Contracting Limited:

Philip Stephen Bowers
Deloitte LLP
Athene Place
66 Shoe Lane
London, EC4A 3BQ

Michael Magnay
Deloitte LLP
Saltire Court
20 Castle Terrace
Edinburgh, EH1 2DB

Ian Wormleighton
Deloitte LLP
Athene Place
66 Shoe Lane
London, EC4A 3BQ

**Schedule 3**

**Harkand Gulf Contracting Limited
Litigation Parties in the United States**

In compliance with the requirements of Bankruptcy Rule 1007(a)(4)(B), the following is a list of all known parties to litigation pending in the United States in which the debtor, Harkand Gulf Contracting Limited, is party at the time of filing this Chapter 15 Petition:

1.  Titan Logistics and Support Services Ltd.
    (Plaintiff in the lawsuit styled as *Titan Logistics and Support Service, LTD. v. Harkand Gulf Contracting LTD., et al.*, Cause No. 2016-29591, filed in the 334th Judicial District of Harris County, Texas) (the "Titan Lawsuit")
    11 Gray Street, St. Clair
    Port of Spain
    Trinidad W.I.

    Noticing Address:
    Gray Reed & McGraw, P.C.
    1300 Post Oak Blvd., Suite 2000
    Houston, Texas 77056
    (attn.: Preston T. Kamin)

    Ethos Offshore, Ltd. (Co-defendant in the Titan Lawsuit)
    27 Knightsbridge Belgravia
    London, SW1X7LY
    United Kingdom

    Registered agent:
    CT Corporation System
    1999 Bryan St. Ste. 900
    Dallas, TX 75201-3136

    Ethos Contracting Limited (Co-defendant in the Titan Lawsuit)
    27 Knightsbridge Belgravia
    London, SW1X7LY
    United Kingdom

    Registered agent:
    CT Corporation System
    1999 Bryan St., Ste. 900
    Dallas, TX 75201-3136

Anglo-Eastern (UK) Ltd (Co-defendant in the Titan
Lawsuit)
Moda Building
144 Elliot Street
Glasgow G3 8EX
Scotland

2. Crowley Logistics de Mexico DERL (Plaintiff in the lawsuit styled as *Crowley Logistics de Mexico DERL de CV v. Harkand Gulf Contracting, Ltd.* (No. 16-01030 S.D. Texas)
   Noticing Address:
   Phelps Dunbar
   500 Dallas
   Ste 1300
   Houston, TX 77002
   (attn: Marcus Grant Matthews)

3. Hornbeck Offshore Services, LLC (Plaintiff in the lawsuit styled as *Hornbeck Offshore Services, LLC v. Harkand Gulf Contracting, Ltd., et al.* (No. 16-4187 E.D. Louisiana) (the "Hornbeck Lawsuit")
   Noticing Address:
   Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
   Pan-American Life Building
   601 Poydras Street, Suite 2775
   New Orleans, LA 70130
   (attn.: Stewart Peck)

   Harkand Gulf, Ltd. (Co-defendant in the Hornbeck
   Lawsuit)
   Four Brindleyplace
   Birmingham, B1 2HZ
   United Kingdom

   Harkand Global Holdings, Ltd. (Co-defendant in the
   Hornbeck Lawsuit)
   110 Queen Street
   Glasgow, G1 3BX
   United Kingdom

<u>**Schedule 4**</u>

**Harkand Gulf Contracting Limited
Entities Against Whom Provisional Relief is
Being Sought Under Section 1519 of the Bankruptcy Code**

1.  Titan Logistics and Support Services Ltd
    11 Gray Street, St. Clair
    Port of Spain
    Trinidad W.I.

    Noticing Address:
    Gray Reed & McGraw, P.C.
    1300 Post Oak Blvd., Suite 2000
    Houston, Texas 77056
    (attn.: Preston T. Kamin)

2.  Crowley Logistics de Mexico DERL

    Noticing Address:
    Phelps Dunbar
    500 Dallas
    Ste 1300
    Houston, TX 77002
    (attn: Marcus Grant Matthews)

3.  Hornbeck Offshore Services, LLC

    Noticing Address:
    Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
    Pan-American Life Building
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130
    (attn.: Stewart Peck)

Attached hereto is a list of additional entities against whom the debtor, Harkand Gulf
Contracting Limited, is seeking provisional relief pursuant to section 1519 of the Bankruptcy
Code.

24 HOUR SAFETY
PO BOX 4356
DEPT 1561
HOUSTON TX 77210

A AND B CRANE SVCS LLC
13601 FM 529
STE C
HOUSTON TX 77041

A1 FREEMAN MOVING GROUP
11517 N BROADWAY EXT
OKLAHOMA CITY OK 73114

ABS AMERICAS
RAQUEL GARZA AR
ABS PLAZA
16855 NORTHCHASE DR
HOUSTON TX 77060

ACME BRASS AND ALUM MFG
5406 ELM ST
HOUSTON TX 77081

ACME TRUCK LINE INC
MSC 410683
PO BOX 415000
NASHVILLE TN 37241-5000

ADVANCEDTRONICS INC
1777 UPLAND DR
STE 102
HOUSTON TX 77043

AEL SPECIALIST ELECTRICAL DISTRIBUT
10375 RICHMOND AVE
STE 1300
HOUSTON TX 77042

AFCO
P O BOX 120809
DEPT 0809
DALLAS TX 75312-0809

AFFORDABLE ACCURATE PRINTING INC
3612 MANGUM RD #202
HOUSTON TX 77092

AGGREKO TEXAS LP
PO BOX 972562
DALLAS TX 75397-2562

AIR LIQUIDE AMERICA SPECIALITY GAS
9811 KATY FWY
STE 100
HOUSTON TX 77024

AIR LIQUIDE UK LTD
A170
GREENBBANK RD
EAST TULLOS INDUSTRIAL ESTATE
ABERDEEN  AB12 3BQ
UNITED KINGDOM

AIR RESOURCES LTD
AIR RESOURCES LIMITED
4TH FL DELPHIAN HOUSE
RIVERSIDE NEW BAILEY ST
MANCHESTER  M3 5FS
UNITED KINGDOM

AIRGAS SAFETY
PO BOX 802588
CHICAGO IL 60680-2588

AIRGAS USA LLC
P O BOX 676015
DALLAS TX 75267-6015

ALATAS AMERICAS INC
22015 SOUTH FWY
MARVEL TX 77578

ALEXANDER RYAN MARINE AND SAFETY CO O
PO BOX 9363
HOUSTON TX 77261-9363

ALL OCEANS ENGINEERING LTD
TYREBAGGAR WORKS
CLINTERTY KINELLAR
ABERDEEN  AB21 OTT
UNITED KINGDOM

ALLIED ELECTRONICS INC
P O BOX 2325
FORT WORTH TX 76113-2325

ALPHA RENTALS LLC
PO BOX 13408
NEW IBERIA TX 70562

AMERICAN GLOBAL MARITIME INC
11767 KATY FWY STE 660
HOUSTON TX 77079

AMERICAN LONGSHORE MUTUAL ASS LTD
PO BOX 934368
ATLANTA GA 31193-4368

AMERIGAS
460 N GULPH RD
KING OF PRUSSIA PA 19406

AMRON INTERNATIONAL
759 WEST FOURTH AVE
ESCONDIDO CA 92025-4089

ANDREWS HYDROGRAPHICS LIMITED
57 LONDON RD
BUCKINGHAMSHIRE  HP11 1BS
UNITED KINGDOM

ANGLO EASTERN UK LTD
MODA BUILDING
144 ELLIOT ST
GLASGOW  G3 8EX
UNITED KINGDOM

APACHE OIL CO INC
PO BOX 177
PASADENA CA 77501

AQUA AIR INDUSTRIES INC USD
639 MANHATTAN BLVD
HARVEY LA 70058

AQUA TECH SVCS
115 NOVA DR
BROUSSARD LA 70518

ARAMARK REFRESHMENTS
1665 TOWNHURST
STE 160
HOUSTON TX 77043

ARC CONTROLS
4875 TUFTS RD
MOBILE AL 36619

ASHFORD INSTRUMENTATION LTD
UNIT 3 FAIRVIEW IND PARK
HAMSTREET RD
RUCKINGE  TN26 2PL
UNITED KINGDOM

ASHTEAD TECHNOLOGY
THE TECHNOLOGY BUILDING
KIRKTON AVE
PITMEDDEN INDUSTRIAL ESTATE
ABERDEEN  AB21 0BF
UNITED KINGDOM

ASI DBA FALCK SAFETY SVCS
209 CLENDENNING RD
HOUMA LA 70363

ATLAS SERVICES GROUP SINGAPORE PTE
PO BOX 444
2130 AK HOOFDDORP
THE NETHERLANDS

BAKERS SAFE AND LOCK CO INC
5612 FONDREN RD
HOUSTON TX 77036

BAY ENVIRONMENTAL INC
8839 KNIGHT RD
HOUSTON TX 77054

BAY TECH EQUIPMENT RENTALS INC
PO BOX 1929
HARVEY TX 70059

BAY TECH INDUSTRIES
PO BOX 1929
HARVEY TX 70059

BAYOU BOEUF ELECTRIC LLC
DEPT AT 952597
ATLANTA GA 31192-2597

BISHOP LIFTING PRODUCTS INC
125 MCCARTY DR
HOUTON TX 77084

BLR
P O BOX 5094
BRENTWOOD NY 37024-5094

BLUDWORTH MARINE LLC
P O BOX 266716
HOUSTON TX 77207

BLUE LAGUNA INC USD
350 FAIRWAY NORTH
TEQUESTA FL 33469

BLUEWATER RUBBER AND GASKET
PO DRAWER 190
HOUMA LA 70361

BMP PARTNERS INC
4923 WEST 34TH ST
HOUSTON TX 77092-6605

BOLLINGER FOURCHON LLC
PO BOX 62600
DEPT 1102
NEW ORLEANS LA 70162-2600

BOLLINGER SHIPYARDS LLC
PO BOX 62600
DEPT 1102
NEW ORLEANS LA 70162-2600

BRISTOW US LLC
DEPT 890149
PO BOX 120149
DALLAS TX 75312-0149

BROADCAST TECHNICAL SVCS INC
PO BOX 40187
HOUSTON TX 77240

BRS BARRY ROGLIANO SALLES
11 BOULEVARD JEAN MERMO
92200 NEUILLY SUR SEINE
FRANCE

BUFFALO SEAL AND GASKET COMPANY
3780 YALE ST
HOUSTON TX 77018

C AND C TECHNOLOGIES INC
730 E KALISTE SALOOM RD
LAFAYETTE LA 70508

C FLY MARINE SVCS LLC
PO BOX 2
MADISONVILLE LA 70447

C-K ASSOCIATES LLC
17170 PERKINS RD
BATON ROUGE LA 70810

CAL DIVE INTERNATIONAL
29 LOYANG CRESCENT
 509015
SINGAPORE

CALEY OCEAN SYSTEMS LTD
MAVOR AVE
EAST KILBRIDE  G74 4PU
UNITED KINGDOM

CARDINAL CULINARY
5950 FM 517 RD
ALVIN TX 77511-1880

CARLYLE JOHNSON MACHINE COMPANY LLC
291 BOSTON TPKE
BOLTON CT 06043

CENTRAL DISPATCH INC
PO BOX 2070
GRETNA LA 70054

CIRCLE 8 FLUID AND CRANE SVCS INC
PO BOX 260370
CORPUS CHRISTI TX 78426-0957

CLINTON INSTRUMENT COMPANY
295 E MAIN ST
CLINTON CT 06413

CLOCK SPRING COMPANY
621 LOCKHAVEN DR
HOUSTON TX 77073

COASTAL CREW CHANGE
6045 CANDICE LN
LAKE CHARLES LA 70615

COASTWIDE ELECTRIC INC
P O BOX 2876
MORGAN CITY LA 70381-2876

COATINGS PLUS
19202 KICKAPOO RD
WALLER TX 77484

COMPLETE MARINE SVCS LLC
939 DUHON BLVD
AMELIA LA 70340

CON WAY FREIGHT INC
P O BOX 5160
PORTLAND OR 97208-5160

CONNECTOR SPECIALIST INC
A/R
175 JAMES DR EAST
ST ROSE LA 70087

CORE 94 LTD
35 WATERLOO QUAY
THE HARBOUR
ABERDEEN  AB11 5BS
UNITED KINGDOM

CORE GROUTING SVCS LTD
FERRY ROAD
NORWICH
NORFOLK  NR30 1TE
UNITED KINGDOM

CORTLAND FIBRON BX LIMITED
UNIT C BELCON INDUSTRIAL ESTATE
BINGLEY RD HODDESDON
HERTS  EN11 0NX
UNITED KINGDOM

CROSS MAR INC
PO BOX 446
HOUMA LA 70361-0446

CROSS SVCS
PO BOX 3799
HOUMA LA 70361

CROWLEY LOGISTICS DE MEXICO
SAN FRANCISCO
1005 DEL VALLE
CUIDAD DE MEXICO
MEXICO

CROWLEY LOGISTICS DE MEXICO DERL
MARCUS GRANT MATTHEWS
PHELPS DUNBAR
500 DALLAS STE 1300
HOUSTON TX 77002

CROWLEY TECHNICAL MANAGEMENT INC
9487 REGENCY SQUARE BLVD
JACKSONVILLE FL 32225

DAILY EQUIPMENT DBA MFA
PO BOX 98209
JACKSON FL 39298

DATA TECHNOLOGY SOLUTIONS LLC
PO BOX 3742
LAFAYETTE LA 70502

DEEP DOWN INC
DEPT 933
PO BOX 4652
HOUSTON TX 77210-4652

DEEP WATER CORROSION SVCS INC
10851 TRAIN CT
HOUSTON TX 77041

DEEP WATER RENTAL AND SUPPLY
XTREME SVCS GROUP INC
2806 SOUTHWEST DR
NEW IBERIA LA 70560

DEEPSEA POWER AND LIGHT
4033 RUFFIN RD
SAN DIEGO CA 92123-1817

DERRICK OFFSHORE GBP
MOUNT VIEW HOUSE
10 THE MOUNT
GUILFORD
SURREY  GU2 4HN
UNITED KINGDOM

DIAMOND HYDRAULICS
6776 FM 2004
HITCHCOCK TX 77563

DINGBRO LTD
WHITEMYRES AVE
MASTRICK INDUSTRIAL ESTATE
ABERDEEN  AB16 6HQ
UNITED KINGDOM

DIVERS SUPPLY INC
P O BOX 1663
GRETNA LA 70054

DIVEX LTD
ENTERPRISE DR
WESTHILL
ABERDEEN  AB32 6TQ
UNITED KINGDOM

DS BELCON LIMITED
MARINERS HAVEN COMPOUND
FIRST AVENUE SOUTH
WESTERN MAIN RD GRANWOOD
CHAGUARAMAS
TRINIDAD

DYNACON INC
831 INDUSTRIAL BLVD
BRYAN TX 77803

ECM MARITIME SVCS LLC
1 SELLECK ST
STE 511
NORWALK CT 06855

EIDESVIK SUBSEA AS
ANDOWEIEN 23
KRISIAN SAND
NORWAY

EIDESVIK SUBSEA VESSELS AS
VESTVIKVEGEN 1
N 5443 BOMLO
NORWAY

ELDESVIK OCV KS
N5443 BOMLO
NORWAY

ETHOS CONTRACTING LIMITED
27 KNIGHTSBRIDGE BELGRAVIA
LONDON  SW1X7LY
UNITED KINGDOM

ETHOS CONTRACTING LIMITED
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

ETHOS OFFSHORE LTD
27 KNIGHTSBRIDGE BELGRAVIA
LONDON  SW1X7LY
UNITED KINGDOM

ETHOS OFFSHORE LTD
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

EXPEDITED LOGISTICS AND FREIGHT SER
PO BOX 62127
HOUSTON TX 77205

FASTENAL COMPANY
P O BOX 1286
WINONA MN 55987-1286

FMC TECHNOLOGIES
UNITS 3
KIRKHILL COMMERCIAL PARK
DYCE AVE
 AB21 0LQ
UNITED KINGDOM

FMC TECHNOLOGIES SCHILLING ROBOTICS LLC
UNITS 3
KIRKHILL COMMERCIAL PARK
DYCE AVE
 AB21 0LQ
UNITED KINGDOM

FMS ENGINEERING LLC
2509 COMMERCIAL PARK DR
MOBILE AL 36606

FORUM SUBSEA RENTALS
UNIT 2 DENMORE PL
BRIDGE OF DON
ABERDEEN  AB23 8JS
UNITED KINGDOM

FORUM US INC
P O BOX 203325
DALLAS TX 75320-3325

FUGRO CHANCE INC
P O BOX 301114
DALLAS TX 75303-1114

GAC SHIPPING UK LTD
2A GATEWAY BUSINESS PARK
BEAN CROSS RD
GRANGEMOUTH
 FK3 8WX
UNITED KINGDOM

GARBA INDUSTRIAL SVCS INC
4919 DENVER ST
TAMPA FL 33619

GENERAL MARINE CONTRACTORS LLC
738 HIGHWAY 6 SOUTH
STE 900
HOUSTON TX 77079

GRAINGER PARTS OPERATIONS
GAIL ST
LAREDO TX 78041

GUICE OFFSHORE LLC
PO BOX 1698
MANDVILLE LA 70470

GULF COPPER CORP AND MANUFACTURING IN
P O BOX 4979
MSC #400
HOUSTON TX 77210

HALLIBURTON TRINIDAD LIMITED
HALLIBURTON HOUSE
HOWE MOSS CRECENT
ABERDEEN  AB21 0GN
UNITED KINGDOM

HARKAND AME LIMITED
FOUR BRINDLEY PL
BIRMINGHAM  B1 2HZ
UNITED KINGDOM

HARKAND GLOBAL HOLDINGS LIMITED
110 QUEEN ST
GLASGOW  G1 3BX
UNITED KINGDOM

HARKAND GULF LIMITED
FOUR BRINDLEY PL
BIRMINGHAM  B1 2HZ
UNITED KINGDOM

HAWBOLDT INDUSTRIES LTD
220 HIGHWAY 14 WINDSOR RD
CHESTER NS BOJ1JO
CANADA

HELIX ENERGY SOLUTIONS GR
HELIX ENERGY SOLUTIONS G
400 SAM HOUSTON PKWY EAST
STE 400
HOUSTON TX 77060

HEMPEL USA INC
600 CONROE PARK NORTH DR
CONROE TX 77303

HOLLOWAY HOUSTON
5833 ARMOUR DR
HOUSTON TX 77020

HORNBECK OFFSHORE SVCS LLC
P O BOX 54140
NEW ORLEANS LA 70154-4863

HORNBECK OFFSHORE SVCS LLC
103 NORTHPARK BLVD ISE 300
COVINGTON LA 70433

HORNBECK OFFSHORE SVCS LLC
LUGENBUHL WHEATON PECK RANKIN AND
HUBBARD
STEWART PECK
601 POYDRAS STREET SUITE 2775
PANAMERICAN LIFE BUILDING
NEW ORLEANS LA 70130

HTS ADVANCED SOLUTIONS LLP
12718 CENTURY DR
STAFFORD TX 77477

HUMMEL CONSTRUCTION COMPANY INC
6103 WEST 34TH ST
HOUSTON TX 77092

HYDRAQUIP DISTRIBUTION
P O BOX 4493
HOUSTON TX 77210

HYDRASUN LTD USD
GATEWAY BUSINESS PARK MOSS RD
ABERDEEN  AB12 3GQ
UNITED KINGDOM

INFORMD LLC
PO BOX 636146
CINCINNATI OH 45263-6146

INTEGRA SVCS TECHNOLOGIES
PO BOX 972353
DALLAS TX 75397-2353

INTEGRATED SUBSEA SERVICES LIMITED
110 QUEEN ST
GLASGOW  G1 3BX
UNITED KINGDOM

INTERNATIONAL MARINE CONTRACTORS AS
5 LOWER BELGRAVE ST
LONDON  SW1WONR
UNITED KINGDOM

ISS GUERNSEY LIMITED
REGENCY COURT
GLATEGNY ESPLANADE
GUERNSEY  GY1 3HW
UNITED KINGDOM

ISS HOLDINGS LIMITED
110 QUEEN ST
GLASGOW  G1 3BX
UNITED KINGDOM

ISS HR SVCS LIMITED
110 QUEEN ST
GLASGOW  G1 3BX
UNITED KINGDOM

ITC GLOBAL USA LLC
REGIONAL LEARNING ALLIANCE CTR
850 CRANBERRY WOODS DR STE 2240
CRANBERRY TOWNSHIP
CRANBERRY TOWNSHIP PA 16066

IV ENERGY LTD T/A IV OFFSHORE
IV ENERGY LTD
NEPTUNE MARINA
27 NAPTUNE QUAY
IPSWICH  IP4 1QJ
UNITED KINGDOM

J A M DISTRIBUTING COMPANY
00009335
MARINE DIVISION
P O BOX 201979
DALLAS TX 75320-1979

J A M MARINE DIVISION
00009335
MARINE DIVISION
P O BOX 201979
DALLAS TX 75320-1979

JD THOMPSON LAW
POST OFFICE BOX 33127
CHARLOTTE NC 28233

JEMBAS ASSISTENCIA TECNICA LDA
EDIFICIO POTCHE, RUA CS5B
TALATONA LUANDA
ANGOLA

KONGSBERG MARITIME INC
00009808
5373 W SAM HOUSTON PKWY N
STE 200
HOUSTON TX 77041

KONGSBERG MESOTECH LTD
1598 KEBET WAY
PORT COQUITLAM  V3C 5M5
CANADA

KONGSBERG UNDERWATER TECHNOLOGY INC
00011150
19210 33RD AVE W
STE A
LYNNWOOD WA 98036

KUEHNE NAGEL SVCS LTD
P O BOX 894095
LOS ANGELES CA 90189-4905

LONGNECKER PROPERTIES INC.
00010312
2120 BAYOU RD
THIBODAUX LA 70301

MACARTNEY INC
00009687
2901 W SAM HOUSTON PKWY N
STE D 260
HOUSTON TX 77043

MACGREGOR NORWAY AS
ANDOYVEIEN 23
NO 4623
KRISTINSAND S
NORWAY

MAINTENANCE RESELLER CORP
400 WEST CUMMINGS PK STE 4450
WOBURN MA 01801

MALIN INTERNATIONAL SHIP REPAIR AND D
00008503
320 77TH ST
GALVESTON TX 77554

MARINE AND INDUSTRIAL SUPPLY CO INC
PO BOX 2188
MOBILE AL 36652

MARINE PRODUCTION SYSTEMS LTD T AND T
11-13 VICTORIA AVE
PORT OF SPAIN
TRINIDAD & TOBAGO

MARITIME ASSURANCE AND CONSULTING LTD
2ND FL VICTORIA HOUSE
259 UNION ST
ABERDEEN  AB11 6BR
UNITED KINGDOM

MARTIN ENERGY SVCS LLC
00008216
P O BOX 95363
GRAPEVINE TX 76099-9733

MCMASTER CARR SUPPLY
01MC11
P O BOX 7690
CHICAGO IL 60680-7690

MERIDIAN OCEAN SVCS
1 MARITIME DR
PORTSMOUTH RI 02871

METOCEAN DATA SYSTEMS LIMITED
21 THORNHILL DR
DARTMOUTH
NOVA SCOTIA  B3B 1R9
CANADA

MID GULF SHIPPING COMPANY INC
4760 PONTCHARTRAIN DR
SLIDELL LA 70458

MIKE DAVID EQUIPMENT INC
1127 JOEL BLANCHARD RD
ST. MARTINVILL LA 70582

MNI DIESEL INC
00011227
7001 EASTHAVEN BLVD
HOUSTON TX 77017

MORGAN CITY RENTALS
00008065
A BISHOP LIFTING COMPANY
125 MCCARTY DR BLDG 1
HOUSTON TX 77029

MOTION INDUSTRIES INC
00008492
P O BOX 849737
DALLAS TX 75284-9737

MSC INDUSTRIAL SUPPLY CO INC
00008316
DEPT CH 0075
PALATINE IL 60055-0075

MSG MEXICO SHIPPING SVCS
912 HIGHWAY 90 EAST
NEW IBERIA LA 70560

MTCS LTD
WINDERMERE BUSINESS CENTRE
OLDFIELD RD STE 9
WINDEMERE  LA23 3HJ
UNITED KINGDOM

NAHI LLC
00010301
3539 NORTH 700 WEST
GREENFIELD IN 46140

NANCE INTERNATIONAL INC
00011043
2915 MILAM
BEAUMONT TX 77701

NATIONAL OCEAN INDUSTRIES ASSOC
1120 G ST NW
STE 900
WASHINGTON DC 20005

NAUTRONIX LIMITED
N090
BUILDING 1 URY HOUSE
HOWE MOSS CRESCENT
KIRKHILL, DYCE  AB21 0GN
UNITED KINGDOM

NAVARRO'S BROKERAGE LTD
#78 WRIGHTON RD.
PORT OF SPAIN
TRINIDAD & TOBAGO

NEXANS NORWAY AS
N060
NEXANS NORWAY AS
POSTBOKS 6450 ETTERSTAD
N-0605 OSLO
NORWAY

OCEANEERING INTERNATIONAL INC
11917 FM 529 RD
HOUSTON TX 77041

OCEANSCAN LIMITED
O060
DENMORE RD
BRIDGE OF DON
ABERDEEN  AB23 8JW
UNITED KINGDOM

OEG OFFSHORE LLC
MILLENIUM TOWER STE 1300
10375 RICHMOND AVE
HOUSTON TX 77042

OFFSHORE ANALYSIS AND RESEARCH SOLUTIONS
LLC
OFFSHORE
8705 SHOAL CREEK BLVD
STE 109
AUSTIN TX 78757

OFFSHORE TECHNOLOGY SOLUTIONS LTD
TROPICAL MARINE BLDG
106 WESTERN MAIN RD
CHAGUARAMAS WEST INDIES
TRINIDAD

OS MATS BY PREMIER CONCRETE PRODUCTS
510 O'NEAL LANE EXT
BATON ROUGE LA 70819

PCM
FILE 55327
LOS ANGELES CA 90074-5327

PETROFAC FACILITES MANAGEMENT LTD
BRIDGE VIEW
1 NORTH ESPLANADE WEST
ABERDEEN  AB11 5QF
UNITED KINGDOM

PLASTECH PRECISION MACHINING
PLAS
6110 F MILWEE ST
HOUSTON TX 77092

PORT SUPPLY
PO BOX 50060
WATSONVILLE CA 95077-5060

POWER AND GENERATION SVCS LIMITED
P180
EARSARY HOUSE
ARDCONNEL ROAD
OBAN  PA34 5DR
UNITED KINGDOM

PRAXAIR
PO BOX 417518
BOSTON MA 02241-7518

PROSERV OFFSHORE
UNIT 3 115 BELMONT AVE
BELMONT  6104
AUSTRALIA

PROTEUS INTERNATIONAL INC
123 N 3RD ST
STE 510
MINNEAPOLIS MN 55401

PROVIDER SERVICES OF AMERICA LLC
PO BOX 742988
ATLANTA GA 30374-2988

QUEST SUBSEA SOLUTIONS LLC
P O BOX 1381
KATY TX 77492

R&M LOGISTICS LLC
2703 PARK HILLS DR
KATY TX 77494

RADCO INDUSTRIES INC
1683 ROCKHILL HWY
LANCASTER SC 29720

RALPH'S INDUSTRIAL ELECTRONIC SUPPL
00011384
P O BOX 60700
LAFAYETTE LA 70596

REDFISH RENTAL INC
00008051
PO BOX 844541
BOSTON MA 02284-4541

REEL GROUP INC
16420 PARK TEN PL
STE 100
HOUSTON TX 77084

REMOTE OCEAN SYSTEMS
00011185
5618 COPLEY DR
SAN DIEGO CA 92111

RICE ELECTRONICS LP
00009439
8935 ALMEDA GENOA
HOUSTON TX 77075

RIGGING AND WELDING SPECIALIST INC
00008465
PO BOX 203788
HOUSTON TX 77216-3788

ROEMEX LTD
BADENTOY CRESCENT
BADENTOY PARK
PORTLETHEN  AB12 4YD
UNITED KINGDOM

ROV PRODUCT SVCS
2519 OCTAVIA ST
NEW ORLEANS LA 70115-7021

ROVSCO INC
00011395
5263 BARKER CYPRESS RD STE 600
HOUSTON TX 77084

SAFETY MANAGEMENT SYSTEMS LLC
00010975
LEIGHTON GUILBEAU
PO BOX 92881
LAFAYETTE LA 70509

SEACON EUROPE LTD
SEACON HOUSE HEWETT RD
GAPTON HALL INDUSTRIAL ESTATE
GREAT YARMOUTH  NORFOLK  NR31 ORB
UNITED KINGDOM

SEANIC OCEAN SYSTEMS
8860 FALLBROOK DR
HOUSTON TX 77064

SEAONICS AS
S360
GEOSCAN HOUSE
DENMORE INDUSTRIAL ESTATE
ABERDEEN  AB23 8JW
UNITED KINGDOM

SEATRONICS INC
00003936
1319 WEST SAM HOUSTON PKWY N
STE 150
HOUSTON TX 77043

SEATRONICS UAE
PO BOX 71908
MINA ZAYED PORT
ABU DHABI
UNITED ARAB EMIRATES

SIEM OFFSHORE AS
ATT.ARNE ANDERSON NODEVIGA 14
PO BOX 425
4664 KRISTIANSAND
NORWAY

SIEM OFFSHORE LLC
CORP SVCS COMPANY
CORP TRUST CENTRE
2711 CENREVILLE RD
STE 400
WILMINGTON DE 19808

SODEXO REMOTE SITES PARTNERSHIP
SODEXO REMOTE SITE
5749 SUSITNA DR
HARAHAN LA 70123

SOLSTAD SHIPPING AS
S960
P O BOX 13
SKUNDENESHAVN  N-4297
NORWAY

SONARDYNE INTERNATIONAL LTD
S945
BLACKBUSHE BUSINESS PARK
YATELEY
HANTS  GU46 6GD
UNITED KINGDOM

SONOMATIC INC
THE ENERGY DEVELOPMENT CENTRE
UNIT 1  CLAYMORE DR
ABERDEEN SCIENCE AND ENERGY PARK
ABDERDEEN  AB23 8GD
UNITED KINGDOM

SOUTH FULTON EMERGENCY SVCS
PO BOX 404330
ATLANTA GA 30384

SOUTHERN CRANE AND HYDRAULICS INC
00008670
PO BOX 39
BOURG LA 70343

SOUTHWEST SOLUTIONS GROUP INC
00011220
P O BOX 671784
DALLAS TX 75267-1784

SPARROWS OFFSHORE LLC
PO BOX 845789
BOSTON MA 02284-5789

STEEL SUPPLY LP
00011315
10600 TELEPHONE RD
HOUSTON TX 77075

STEM OFFSHORE US INC
2711 CENTREVILLE RD STE 400
WILMINGTON DE 19808

STORMGEO INC
00011010
PO BOX 751869
HOUSTON TX 77275-1869

SUBSEA INNOVATION LTD
INNOVATION HOUSE
CENTURION WAY
DARLINGTON  DL3 0UR
UNITED KINGDOM

SUBSEA TECHNOLOGIES INC
INGS LANE
KIRKBYMOORSIDE
YORK  YO62 6EZ
UNITED KINGDOM

SUNSOURCE
00009870
PO BOX 730698
DALLAS TX 75373-0698

SUPERIOR SUPPLY AND STEEL
00009247
SENTRY SUPPLY DBA SUPERIOR SUPPLY AND STEE
PO BOX 677427
DALLAS TX 75267-7427

SURVEY EQUIPMENT SVCS
1775 WESTBOROUGH DR
KATY TX 77449

SWAGELOK WEST HOUSTON
00009635
PO BOX 4356
DEPT 2208
HOUSTON TX 77253

SYSTECH INTERNATIONAL INC
3400 PEACHTREE ROAD NE STE 1011
LENOX TOWERS
ATLANTA GA 30326

SYTEK ELECTRIC CORP
00010058
1233 WEST 34TH ST
HOUSTON TX 77018

TAYLORS INTERNATIONAL SVCS
P O BOX 54591
NEW ORLEANS LA 70154-4591

TEAM TRIDENT LLC
00011261
16300 KATY FWY
STE 180
HOUSTON TX 77094

TECH OIL PRODUCTS INC
00007891
4308 W ADMIRAL DOYLE DR
NEW IBERIA LA 70560

TERO MARINE AS GBP
T540
KANALVEIEN 105A
BERGEN  5068
NORWAY

TERO MARINE UK LTD
40 APEX BUSINESS VILLAGE
ANNITSFORD
CRAMLINGTON  NE23 7BF
UNITED KINGDOM

TETRA APPLIED TECHONOLOGIES LLC
PO BOX 841185
DALLAS TX 75284-1185

TIGER TANKS
00008474
OFFSHORE RENTAL CO
PO BOX 790
BEAUMONT TX 77704-0790

TITAN LOGISTICS AND SUPPORT SVCS LTD
11 GRAY ST
ST CLAIR
TRINIDAD & TOBAGO

TITAN LOGISTICS AND SUPPORT SVCS LTD
GRAY REED AND MCGRAW PC
PRESTON T KAMIN
1300 POST OAK BLVD STE 2000
HOUSTON TX 77056

TITAN LOGISTICS AND SUPPORT SVCS LTD
11 Gray Street, St. Clair
Port of Spain
Trinidad W.I.

TOTAL CAD SYSTEMS INC
480 N SAM HOUSTON PKWY E
STE 234
HOUSTON TX 77060

TOTAL SAFETY INC
11111 WILCREST GREEN DR
STE 300
HOUSTON TX 77042

TRELLEBORG OFFSHORE BOSTON INC
PO BOX 347860
PITTSBURGH PA 15250-7860

TRIDENT CRATING AND SVCS INC
14320 INTERDRIVE EAST
HOUSTON TX 77032

ULINE
P O BOX 88741
CHICAGO IL 60680-1741

UMBILICALS INTERNATIONAL
10711 CASH RD
STAFFORD TX 77477

UNIQUE SYSTEM LLC
HOWE MOSS DR UNIT 1A
DYCE
ABERDEEN  AB21 0GL
UNITED KINGDOM

UNO OFFSHORE
RUSELOKKVEIEN 26
4TH FL
OSLO
NORWAY

USM INC
12303 FUQUA ST
HOUSTON TX 77034

VAISALA INC
DEPT CH 19486
PALATINE TX 60055-9486

VEOLIA ES SPECIAL SVCS INC
785 COUNTRY RD CB STE 100
NEENAH WI 54956

VERSABAR
11349 FM 529 RD
HOUSTON TX 77041

WELAPTEGA MARINE LTD
BOURTREE COMPLEX UNIT 7
MINTO DR
ABERDEEN  AB12 3LW
UNITED KINGDOM

WEST UNIFIED COMMUNICATIONS
00003137
15272 COLLECTIONS CENTER DR
CHICAGO IL 60693

WET TECH ENERGY
00010597
PO BOX 310
MILTON LA 70555

WILDCAT ELECTRIC SUPPLY
P O BOX 671552
DALLAS TX 75267-1552

WILKENS WEATHER TECHNOLOGIES LP
ROCKWELL COLLINS INC
PO BOX 120875
DALLAS TX 75312-0875

WOMACK MACHINE SUPPLY
00008514
PO BOX 678561
DALLAS TX 75267-8561

WORLD FUEL SVCS INC
9800 NW 41ST ST
MIAMI FL 33178

WW GRAINGER
01GR18
DEPT 885941044
P O BOX 419267
KANSAS CITY KS 64141-6267

XODUS GROUP INC
10111 RICHMOND AVE
STE 150
HOUSTON TX 77042

ZUPT LLC
10963 CUTTEN RD
STE A102
HOUSTON TX 77066

<u>**Schedule 5**</u>

**Harkand Gulf Contracting Limited**
**Evidence of the Foreign Proceeding**

Certified to be a true and
complete copy of the original

*Kirkland & Ellis
International LLP*

KIRKLAND & ELLIS
International

Rule 2.23                                                                                        Form 2.9B

# Notice of appointment of an administrator by company or director(s)

(where a notice of intention to appoint has been issued)

| Name of Company | Company number |
|---|---|
| **Harkand Gulf Contracting Limited** | **08534491** |

| In the **High Court of Justice, Chancery Division, Companies Court** | *For court use only*<br>Court case number<br>CR-2016-002346 |
|---|---|

(a) Insert name and address of registered office of the company

**1.** Notice is given that, in respect of (a) **Harkand Gulf Contracting Limited, c/o Hackwood Secretaries Limited, 1 Silk Street, London, EC2Y 8HQ** ("the company")

~~* the company /~~ the directors of the company ("the appointor") hereby appoints

*Delete as applicable

(b) Give name(s) and address(es) of administrator(s)

(b) **(i) Ian Wormleighton and Philip Stephen Bowers of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ; and (ii) Michael Magnay of Deloitte LLP, Saltire Court, 20 Castle Terrace, Edinburgh, EH1 2DB**

as administrator(s) of the company.

**2.** The written statement(s) in Form 2.2B ~~*is /~~ are attached.

**3.** The appointor is entitled to make an appointment under paragraph 22 of Schedule B1 to the Insolvency Act 1986.

**4.** This appointment is in accordance with Schedule B1 to the Insolvency Act 1986.

*Delete as applicable

**5.** The company ~~*is /~~ is not *an insurance undertaking / a credit institution / an investment undertaking providing services involving the holding of funds or securities for third parties / or a collective investment undertaking under Article 1.2 of the EC Regulation.

(c) Insert whether Main, secondary or territorial proceedings

**6.** For the following reasons it is considered that the EC Regulation *will ~~/ will not~~ apply. If it does apply, these proceedings will be (c) **main** proceedings as defined in Article 3 of the EC Regulation: **the company has its registered office and centre of main interest in London.**



7. Where there are joint administrators, a statement for the purposes of paragraph 100(2) of Schedule B1 to the Insolvency Act 1986 is attached.

**(d) Insert date**

8. The appointor has given written notice of the intention to appoint in accordance with paragraph 26(1) of Schedule B1 to the Insolvency Act 1986 and a copy of that notice was filed at court on (d) **29 April 2016**

and ~~*(a) five business days have elapsed from the date of the notice, or~~
    * (b) each person to whom the notice was sent has consented to this appointment.

**\*Delete as applicable**

**Note:** written notice of the intention to appoint was also given to the person(s) set out in rule 2.20(2) of the Insolvency Rules 1986 (*SI 1986/1925*).

**(e) Insert name and address of person making declaration**

I (e) **Kaiwen Zeng, solicitor,** do solemnly and
(If making the declaration on behalf of appointor indicate capacity e.g. director/solicitor)

sincerely declare that

(i)  the information provided in this notice and
(ii) the statements made and information given in the notice of intention to appoint

are, and remain, to the best of my knowledge and belief, true,

**AND I make this solemn declaration conscientiously believing the same to be true and by virtue of the Statutory Declarations Act 1835.**

Declared at  30  Sr. Mary  Axe, EC3

Signed _____

This  2ᵈ  day of  May  2016

before me _____

A Commissioner for Oaths
Bankside House, 107 Leadenhall Street,
London  EC3A 4AF
England
(Andrew J. Claudet)

A Commissioner for Oaths or Notary Public or Justice of the Peace or Solicitor or Duly Authorised Officer

**(f) Insert date and time**

| Endorsement to be completed by court |
|---|
| This notice was filed (f)_____  01;06 pm.  – 4 MAY 2016 |

Certified to be a true and
complete copy of the original
Kirkland & Ellis
International LLP
**KIRKLAND & ELLIS**
International

Rule 2.3                                                             Form 2.2B

# Statement of proposed administrator

| Name of Company<br>**Harkand Gulf Contracting Limited** | Company number<br>**08534491** |
|---|---|

| In the **High Court of Justice, Chancery Division, Companies Court** | *For court use only*<br>Court case number |
|---|---|

(a) Insert name and address of proposed administrator

1. I (a) **Michael Magnay of Deloitte LLP, Saltire Court, 20 Castle Terrace, Edinburgh, EH1 2DB**

hereby certify that I am authorised under the provisions of Part XIII of the Insolvency Act 1986 to act as an insolvency practitioner.

I.P. No.: **18312**

Name of Regulatory Body: **ICAEW**

(b) Insert name of company

2. I consent to act as administrator of (b) **Harkand Gulf Contracting Limited**

\* Delete as applicable

("the company") in accordance with the ~~\*application /~~ notice of appointment of

(c) Insert name of person presenting administration application or making the appointment

(d) Insert date of application or appointment

(c) **the directors of Harkand Gulf Contracting Limited**

dated (d) 03/05/2016

3. I am of the opinion that the purpose of administration is reasonably likely to be achieved.

\* Delete as applicable

4. I \*have ~~/ have not~~ had any prior professional relationship with the company.

(I attach to this Statement a short summary of any prior professional relationship(s) with the company.)

Signed _____

Dated 03/05/2016 _____

HMCTS
RECEIVED
0 4 MAY 2016
ROLLS
BUILDING

Certified to be a true and
complete copy of the original
Kirkland & Ellis
International LLP
KIRKLAND & ELLIS
International

Rule 2.3                                                                Form 2.2B

# Statement of proposed administrator

| Name of Company **Harkand Gulf Contracting Limited** | Company number **08534491** |
|---|---|

| In the **High Court of Justice, Chancery Division, Companies Court** | *For court use only* Court case number |
|---|---|

(a) Insert name and address of proposed administrator

1. I (a) **Philip Stephen Bowers of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ**

hereby certify that I am authorised under the provisions of Part XIII of the Insolvency Act 1986 to act as an insolvency practitioner.

I.P. No.: **9630**

Name of Regulatory Body: **ICAEW**

(b) Insert name of company

* Delete as applicable

2. I consent to act as administrator of (b) **Harkand Gulf Contracting Limited**

("the company") in accordance with the *application / notice of appointment of

(c) Insert name of person presenting administration application or making the appointment

(d) Insert date of application or appointment

(c) **the directors of Harkand Gulf Contracting Limited**

dated (d) 03/05/2016

3. I am of the opinion that the purpose of administration is reasonably likely to be achieved.

* Delete as applicable

4. I *have / have not had any prior professional relationship with the company.

(I attach to this Statement a short summary of any prior professional relationship(s) with the company.)

Signed _____

Dated 03/05/2016

Certified to be a true and complete copy of the original

Kirkland & Ellis International LLP

**KIRKLAND & ELLIS** International



HMCTS RECEIVED 0 4 MAY 2016 ROLLS BUILDING

Rule 2.3                                                               Form 2.2B

# Statement of proposed administrator

| Name of Company | Company number |
|---|---|
| **Harkand Gulf Contracting Limited** | **08534491** |

| In the **High Court of Justice, Chancery Division, Companies Court** | For court use only<br>Court case number |
|---|---|

(a) Insert name and address of proposed administrator

1. I (a) **Ian Wormleighton of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ**

hereby certify that I am authorised under the provisions of Part XIII of the Insolvency Act 1986 to act as an insolvency practitioner.

I.P. No.: **14230**

Name of Regulatory Body: **ICAEW**

2. I consent to act as administrator of (b) **Harkand Gulf Contracting Limited**

(b) Insert name of company

\* Delete as applicable

("the company") in accordance with the ~~*application /~~ notice of appointment of

(c) Insert name of person presenting administration application or making the appointment

(c) **the directors of Harkand Gulf Contracting Limited**

(d) Insert date of application or appointment

dated (d) **03/05/2016**

3. I am of the opinion that the purpose of administration is reasonably likely to be achieved.

\* Delete as applicable

4. I \*have ~~/ have not~~ had any prior professional relationship with the company.

(I attach to this Statement a short summary of any prior professional relationship(s) with the company.)

Signed _____

Dated **03/05/2016**

Certified to be a true and complete copy of the original

*Kirkland & Ellis International LLP*

**KIRKLAND & ELLIS**
International



HMCTS RECEIVED

0 4 MAY 2016

ROLLS BUILDING

Form 2.2B continued

## STATEMENT OF PRIOR PROFESSIONAL RELATIONSHIP

### Michael Magnay of Deloitte LLP, Saltire Court, 20 Castle Terrace, Edinburgh, EH1 2DB

### (IP number: 18312)

**Harkand Gulf Contracting Limited (company number: 08534491) (the "Company")**

Ian Wormleighton and Philip Stephen Bowers are partners in Deloitte LLP (**"Deloitte"**) and Michael Magnay (together, the **"Proposed Administrators"**) is a director at Deloitte.

In accordance with rule 2.3(5)(b) of the Insolvency Rules 1986 (as amended), details of the Proposed Administrators' prior professional relationship with the Company are provided herein.

On 31 March 2015, Deloitte was retained by Harkand Gulf Limited (**"HGL"**) and Harkand Gulf Contracting Limited (**"HGCL"**) (indirect subsidiaries of Harkand Global Holdings Limited (**"HGHL"**), the indirect parent company of the Company) to provide options analysis in respect of certain companies in the wider group (the **"Harkand Group"**). This work was completed during April 2015.

On 17 February 2016, HGHL, HGL and HGCL retained Deloitte to provide initial advice as to alternative options in the event a consensual restructuring (which was being pursued by the Harkand Group at that time) was not viable. On 18 April 2016, when it became apparent that the consensual restructuring was unlikely to be successful, this engagement was extended to commence the preparation of detailed contingency plans. In addition Deloitte was also engaged to provide advice to the Harkand Group as to an appropriate framework in which the Harkand Group could run an accelerated sales process.

Ian Wormleighton acted as lead partner in respect of each of those advisory engagements and Philip Stephen Bowers acted as second partner. Michael Magnay was a member of the engagement team for the 18 April 2016 engagement but had no prior involvement.

.................................................

**Michael Magnay**

Dated:  03/05/2016

Certified to be a true and
complete copy of the original

Kirkland & Ellis
International LLP

**KIRKLAND & ELLIS**
International

HMCTS
RECEIVED

0 4 MAY 2016

ROLLS
BUILDING

Form 2.2B continued

## STATEMENT OF PRIOR PROFESSIONAL RELATIONSHIP

### Philip Stephen Bowers of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ

### (IP number: 9630)

### Harkand Gulf Contracting Limited (company number: 08534491) (the "Company")

Ian Wormleighton and Philip Stephen Bowers are partners in Deloitte LLP ("Deloitte") and Michael Magnay (together, the "Proposed Administrators") is a director at Deloitte.

In accordance with rule 2.3(5)(b) of the Insolvency Rules 1986 (as amended), details of the Proposed Administrators' prior professional relationship with the Company are provided herein.

On 31 March 2015, Deloitte was retained by Harkand Gulf Limited ("HGL") and the Company (indirect subsidiaries of Harkand Global Holdings Limited ("HGHL"), the indirect parent company of the Company) to provide options analysis in respect of certain companies in the wider group (the "Harkand Group"). This work was completed during April 2015.

On 17 February 2016, the Company, HGHL and HGL retained Deloitte to provide initial advice as to alternative options in the event a consensual restructuring (which was being pursued by the Harkand Group at that time) was not viable. On 18 April 2016, when it became apparent that the consensual restructuring was unlikely to be successful, this engagement was extended to commence the preparation of detailed contingency plans. In addition Deloitte was also engaged to provide advice to the Harkand Group as to an appropriate framework in which the Harkand Group could run an accelerated sales process.

Ian Wormleighton acted as lead partner in respect of each of those advisory engagements and Philip Stephen Bowers acted as second partner. Michael Magnay was a member of the engagement team for the 18 April 2016 engagement but had no prior involvement.

...................................................

**Philip Stephen Bowers**

Dated: 03/05/2016

Certified to be a true and
complete copy of the original
Kirkland & Ellis
International LLP
**KIRKLAND & ELLIS**
International

HMCTS
RECEIVED
0 4 MAY 2016
ROLLS
BUILDING

Form 2.2B continued

## STATEMENT OF PRIOR PROFESSIONAL RELATIONSHIP

### Ian Wormleighton  of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ

#### (IP number:  14230)

**Harkand Gulf Contracting  Limited (company  number:  08534491) (the "Company")**

Ian Wormleighton and Philip Stephen Bowers are partners in Deloitte LLP (**"Deloitte"**) and Michael Magnay (together, the **"Proposed Administrators"**) is a director at Deloitte.

In accordance with rule 2.3(5)(b) of the Insolvency Rules 1986 (as amended), details of the Proposed Administrators' prior professional relationship with the Company are provided herein.

On 31 March 2015, Deloitte was retained by Harkand Gulf Limited (**"HGL"**) and the Company (indirect subsidiaries of Harkand Global Holdings Limited (**"HGHL"**), the indirect parent company of the Company) to provide options analysis in respect of certain companies in the wider group (the **"Harkand Group"**). This work was completed during April 2015.

On 17 February 2016, HGL, HGHL and the Company retained Deloitte to provide initial advice as to alternative options in the event a consensual restructuring (which was being pursued by the Harkand Group at that time) was not viable. On 18 April 2016, when it became apparent that the consensual restructuring was unlikely to be successful, this engagement was extended to commence the preparation of detailed contingency plans. In addition Deloitte was also engaged to provide advice to the Harkand Group as to an appropriate framework in which the Harkand Group could run an accelerated sales process.

Ian Wormleighton acted as lead partner in respect of each of those advisory engagements and Philip Stephen Bowers acted as second partner. Michael Magnay was a member of the engagement team for the 18 April 2016 engagement but had no prior involvement.

..................................................
**Ian Wormleighton**

Dated: 03/05/2016

Certified to be a true and complete copy of the original

Kirkland & Ellis International LLP

**KIRKLAND & ELLIS** International

HMCTS RECEIVED

0 4 MAY 2016

ROLLS BUILDING

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*

**KIRKLAND & ELLIS**
International

Ian Wormleighton
First Statement
Dated O3 MAY        2016

Claim No.

**IN THE HIGH COURT OF JUSTICE**
**CHANCERY DIVISION**
**COMPANIES COURT**

**IN THE MATTER OF HARKAND GULF CONTRACTING LIMITED**

**AND IN THE MATTER OF THE INSOLVENCY ACT 1986**

---

**STATEMENT OF IAN WORMLEIGHTON,**
**FOR THE PURPOSES OF PARAGRAPH**
**100(2) OF SCHEDULE B1 TO THE**
**INSOLVENCY ACT 1986**

---

I, **IAN WORMLEIGHTON**, licenced insolvency practitioner of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ (**"Deloitte"**) **WILL SAY AS FOLLOWS:**

4. I am one of the proposed administrators of Harkand Gulf Contracting Limited (the **"Company"**) (company number 08534491) and am duly authorised to make this statement for the purposes of paragraph 100(2) of Schedule B1 to the Insolvency Act 1986 on behalf of myself, Philip Stephen Bowers, and Michael Magnay, also licensed insolvency practitioners of Deloitte and the other proposed administrators of the Company.

5. It is the standard practice of Deloitte to propose the appointment of two or more licensed insolvency practitioners for administration appointments. The reason for this is to ensure that there is always at least one administrator available to action the day to day administrative requirements of the appointment.

6. In this case, the intention is that I will be primarily responsible for all functions to be exercised by us in our capacity as administrators. However, Philip Stephen Bowers and Michael Magnay will be available to carry out all and any functions if, for whatever reason, I am unable to do so. Any act required or authorised under any enactment to be done by the joint administrators may be done by any one of

HMCTS
RECEIVED

0 4 MAY 2016

ROLLS
BUILDING

the joint administrators. We therefore act jointly and severally so that all functions may be exercised by any or all of us.

I believe that the facts stated in this statement are true.

**Ian Wormleighton**

Dated: 03/05/2016

Certified to be a true and complete copy of the original

Kirkland & Ellis International LLP

**KIRKLAND & ELLIS** International

HMCTS RECEIVED

0 4 MAY 2016

ROLLS BUILDING

# KIRKLAND & ELLIS INTERNATIONAL LLP

Laurence Wilcock
To Call Writer Directly:
+44 20 7469 2359

laurence.wilcock@kirkland.com

30 St Mary Axe

London

EC3A 8AF

Telephone: +44 20 7469 2000

www.kirkland.com

Facsimile:
+44 20 7469 2001

3 May 2016

**By Courier**

**CONFIDENTIAL**

Harkand Gulf Contracting Limited (the
"Company")
Hackwood Secretaries Limited
1 Silk Street
London
EC2Y 8HQ

Dear Sirs,

**Re: Notice of Intention to Appoint Administrators**

We enclose a Notice of Intention to Appoint Administrators to the Company.

Yours faithfully,

Laurence Wilcock
Trainee Solicitor

Enclosure

Certified to be a true and
complete copy of the original
Kirkland & Ellis
International LLP
**KIRKLAND & ELLIS**
International

**KIRKLAND & ELLIS INTERNATIONAL LLP**

IS A MULTINATIONAL PRACTICE, THE PARTNERS OF WHICH ARE SOLICITORS OR REGISTERED FOREIGN

LAWYERS (ADMITTED IN THE U.S. AND OTHER JURISDICTIONS), AND IS AUTHORIZED AND REGULATED BY THE SOLICITORS REGULATION

AUTHORITY (SRA NUMBER 349107). A LIST OF THE PARTNERS, GIVING EACH PARTNER'S PROFESSIONAL QUALIFICATION

AND JURISDICTION OF QUALIFICATION IS OPEN TO INSPECTION AT THE ADDRESS ABOVE.

ASSOCIATED OFFICES

Beijing    Chicago    Hong Kong    Houston    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Rule 2.20                                            Form 2.8B

# Notice of intention to appoint an administrator by company or director(s)



| Name of Company | Company number |
|---|---|
| **Harkand Gulf Contracting Limited** | **08534491** |

| In the **High Court of Justice, Chancery Division, Companies Court** | For court use only<br>Court case number<br>CR-2016-002346 |
|---|---|

(a) Insert name and address of registered office of company

**1.** Notice is given that, in respect of (a) **Harkand Gulf Contracting Limited** ("the company")

\* ~~the company /~~ the directors of the company ("the appointor") intend to appoint

\*Delete as applicable

(b) Give name(s) and address(es) of proposed administrator(s)

(b) **Ian Wormleighton, Philip Bowers, and Michael Magnay**

as administrator(s) of the company.

**2.** This notice is being given to the following person(s), being person(s) who is / are or may be entitled to appoint an administrative receiver of the company or an administrator of the company under paragraph 14 of Schedule B1 to the Insolvency Act 1986:

(c) Insert name and address of each person to whom notice is given

(c) **(i) RBS Invoice Finance Limited, Smith House, PO Box 50 Elmwood Avenue, Feltham, Middlesex, TW13 7QD; and (ii) The Royal Bank of Scotland plc, 36 St Andrew Square, Edinburgh, EH2 2YB**

**3.** The company has not, within the last twelve months:

(i) been in administration
(ii) been the subject of a moratorium under Schedule A1 to the Insolvency Act 1986 which has ended on a date when no voluntary arrangement was in force
(iii) been the subject of a voluntary arrangement which was made during a moratorium for the company under Schedule A1 to the Insolvency Act 1986 and which ended prematurely within the meaning of section 7B of the Insolvency Act 1986.

**4.** In relation to the company there is no:

(i) petition for winding up which has been presented but not yet disposed of
(ii) administration application which has not yet been disposed of, or
(iii) administrative receiver in office.

\*Delete as applicable

**5.** The company *is / is not *an insurance undertaking / a credit institution / an investment undertaking providing services involving the holding of funds or securities for third parties / or a collective investment undertaking under Article 1.2 of the EC Regulation.

(d) Insert whether main, secondary or territorial proceedings

**6.** For the following reasons it is considered that the EC Regulation *will / ~~will not apply~~. If it does apply, these proceedings will be (d) **main** proceedings as defined in Article 3 of the EC Regulations. **The company has its registered address and centre of main interest in London.**

**7.** Attached to this notice is *~~a copy of the resolution of the company to appoint an administrator /~~ a record of the decision of the directors to appoint an administrator.

\*Delete as applicable



Certified to be a true and complete copy of the original

*Kirkland & Ellis International LLP*

KIRKLAND & ELLIS
International

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*

KIRKLAND & ELLIS
International LLP

Form 2.8B continued

(e) Insert full names of
person making declaration

I (e) **Kaiwen Zeng, solicitor, of Kirkland & Ellis International LLP, 30 St Mary Axe, London, EC3A 8AF**
(If making the declaration on behalf of appointor indicate capacity e.g. director/solicitor)

hereby do solemnly and sincerely declare that:

(i) the company is or is likely to become unable to pay its debts
(ii) the company is not in liquidation, and
(iii) the statements in paragraphs 3 and 4 are, so far as I am able to ascertain, true,

and that the information provided in this notice is to the best of my knowledge and belief true,

**AND I make this solemn declaration conscientiously believing the same to be true and by virtue of the Statutory Declarations Act 1835**

Declared at 30 ST MARY AXE, LONDON, EC3A 8AF

Signed

This 29th day of April 2016
before me                    Commissioner for Oaths
(A. J. CLAUDET)

Note: This form now to be sent
to all those required to be sent
the form by Rule 2.20(2)

A Commissioner for Oaths or Notary Public or Justice of the Peace or Solicitor or Duly Authorised Officer.

**Consent of Floating Charge Holder to Appointment of Administrator(s)**
(Do not detach this part of the notice)

If, having read this notice, you have no objection to the making of this appointment you should complete the details in the box below and return a copy of this notice as soon as possible, and within five business days from receipt of this notice, to the appointor at the following address: (f) **c/o Elaine Nolan, Kirkland & Ellis International LLP, 30 St Mary Axe, London, EC3A 8AF**

(f) Appointor to insert address

If your consent has not been given within five business days the appointor may make the appointment notwithstanding that you have not replied.

(g) Insert name and address

(g) _____

being the holder of the following floating charge over the company's property:

(h) Give details of charge, date
registered and (if any) financial
limit

(h) _____

consents to the appointment of the administrator(s) in accordance with the details of this notice.

Signed _____ Dated _____
(If signing on behalf of a firm or company state position or office held)

HMCTS
RECEIVED

**Endorsement to be completed by court**

(j) Insert date and time

This notice was filed (j) _____ 2 9 APR 2016

2 9 APR 2016
13:55
ROLLS
BUILDING

**HARKAND GULF CONTRACTING LIMITED**
**(Registered number 08534491)**
**(the "Company")**

Minutes of a meeting of the board of directors of the Company held by teleconference on 26 April 2016 at 19.10 (the "**Meeting**")

Present:        Ben Gujral
                David Kerr
                (together, the "**Directors**")

**1    Chairman**

With the approval of the other Directors, Ben Gujral was appointed chairman (the "**Chairman**") of the meeting.

**2    Notice and quorum**

2.1    The Chairman noted that due notice of the meeting had been given to, or waived by, all of the Directors in accordance with the articles of association of the Company (the "**Articles**").

2.2    The Chairman noted that a quorum was present and that the meeting could therefore proceed.

**3    Declarations of interest**

3.1    Each Director confirmed that he or she had no direct or indirect interest in any way in the Transaction (as defined below) which he or she was required to disclose by the Articles or under any law applicable to the Company.

3.2    The Chairman noted that no Director was disqualified from voting at the meeting or from forming part of the quorum for the meeting.

**4    Business of the Meeting**

The Chairman reported that the purpose of the meeting was to consider the present financial difficulties of the Company and the appropriate action to take in the light of those financial difficulties. In particular, the chairperson reported that the meeting was to consider whether it was appropriate to appoint administrators to the Company. The Chairman reported that IAN WORMLEIGHTON, PHILIP BOWERS AND MICHAEL MAGNAY of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ, licensed insolvency practitioners, had agreed in principle to act as administrators of the Company, should the meeting resolve to place the Company into administration.

**5    Documents Produced to the Meeting**

A draft of the document necessary to commence the process to place the Company into administration was produced to the Meeting, including, a notice of intention to appoint administrators, in form (2.8B) (the "**Document**").

**6    Resolutions**

After consideration, IT WAS RESOLVED THAT:

3

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*

KIRKLAND & ELLIS
International

(a) Having regard to the financial position of the Company, it would be in the best interests of the Company and its creditors for the directors to place the Company into administration and appoint IAN WORMLEIGHTON, PHILIP BOWERS and MICHAEL MAGNAY as administrators of the Company.

(b) The form of the Document be approved.

(c) Any director has authority to finalise and sign the Document (with such amendments as he sees fit) and otherwise take all action and execute all documents needed to effect the appointment of administrators to the Company.

(d) KAI ZENG of Kirkland & Ellis International LLP, English counsel to the Company, together with any other solicitor in the London office thereof have authority to finalise and sign the Document (with such amendments as they see fit) and otherwise take all action and execute all documents needed to effect the appointment of administrators to the Company on the Company's behalf.

## 7    Filing

The Chairman instructed the company secretary to make all necessary and appropriate entries in the books and registers of the Company.

## 8    Close

There being no other business, the Chairman declared the meeting closed.

*[The remainder of this page is intentionally left blank]*

4

Certified to be a true and
complete copy of the original
*Kirkland & Ellis*
*International LLP*
**KIRKLAND & ELLIS**
International

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*
**KIRKLAND & ELLIS**
International

Signed: ................................................................

By: _____ (Chairman)

Rule 2.20

Form 2.8B

# Notice of intention to appoint an administrator by company or director(s)



Z 9 APR 2016

| Name of Company | Company number |
|---|---|
| **Harkand Gulf Contracting Limited** | **08534491** |

| In the **High Court of Justice, Chancery Division, Companies Court** | *For court use only*<br>Court case number<br>CR 2016-002346 |
|---|---|

(a) Insert name and address of registered office of company

1. Notice is given that, in respect of (a) **Harkand Gulf Contracting Limited** ("the company")

* ~~the company /~~ the directors of the company ("the appointor") intend to appoint

*Delete as applicable

(b) Give name(s) and address(es) of proposed administrator(s)

(b) **Ian Wormleighton, Philip Bowers, and Michael Magnay**

as administrator(s) of the company.

2. This notice is being given to the following person(s), being person(s) who is / are or may be entitled to appoint an administrative receiver of the company or an administrator of the company under paragraph 14 of Schedule B1 to the Insolvency Act 1986:

(c) Insert name and address of each person to whom notice is given

(c) **(i) RBS Invoice Finance Limited, Smith House, PO Box 50 Elmwood Avenue, Feltham, Middlesex, TW13 7QD; and (ii) The Royal Bank of Scotland plc, 36 St Andrew Square, Edinburgh, EH2 2YB**

3. The company has not, within the last twelve months:

(i) been in administration
(ii) been the subject of a moratorium under Schedule A1 to the Insolvency Act 1986 which has ended on a date when no voluntary arrangement was in force
(iii) been the subject of a voluntary arrangement which was made during a moratorium for the company under Schedule A1 to the Insolvency Act 1986 and which ended prematurely within the meaning of section 7B of the Insolvency Act 1986.

4. In relation to the company there is no:

(i) petition for winding up which has been presented but not yet disposed of
(ii) administration application which has not yet been disposed of, or
(iii) administrative receiver in office.

*Delete as applicable

5. The company *~~is /~~is not *an insurance undertaking / a credit institution / an investment undertaking providing services involving the holding of funds or securities for third parties / or a collective investment undertaking under Article 1.2 of the EC Regulation.

(d) Insert whether main, secondary or territorial proceedings

6. For the following reasons it is considered that the EC Regulation *will / ~~will not apply~~. If it does apply, these proceedings will be (d) **main** proceedings as defined in Article 3 of the EC Regulations. **The company has its registered address and centre of main interest in London.**

7. Attached to this notice is *~~a copy of the resolution of the company to appoint an administrator /~~a record of the decision of the directors to appoint an administrator.

*Delete as applicable

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*

**KIRKLAND & ELLIS**
International

Certified to be a true and
complete copy of the original

*Kirkland & Ellis International LLP*

**KIRKLAND & ELLIS**
International

Form 2.8B continued

(e) Insert name and address of person making declaration

I (e) **Kaiwen Zeng, solicitor, of Kirkland & Ellis International LLP, 30 St Mary Axe, London, EC3A 8AF**

(If making the declaration on behalf of appointor indicate capacity e.g. director/solicitor)

hereby do solemnly and sincerely declare that:

(i) the company is or is likely to become unable to pay its debts
(ii) the company is not in liquidation, and
(iii) the statements in paragraphs 3 and 4 are, so far as I am able to ascertain, true,

and that the information provided in this notice is to the best of my knowledge and belief true,

**AND I make this solemn declaration conscientiously believing the same to be true and by virtue of the Statutory Declarations Act 1835**

Declared at ___80 ST MARY AXE, LONDON, EC3A 8AF___

Signed _____

This ___29th___ day of ___April___ _____ 2016

before me _____ Commissioner for Oaths
___(A. J. CLAUDET)___

Note: This form now to be sent to all those required to be sent the form by Rule 2.20(2)

A Commissioner for Oaths or Notary Public or Justice of the Peace or Solicitor or Duly Authorised Officer.

**Consent of Floating Charge Holder to Appointment of Administrator(s)**
(Do not detach this part of the notice)

If, having read this notice, you have no objection to the making of this appointment you should complete the details in the box below and return a copy of this notice as soon as possible, and within five business days from receipt of this notice, to the appointor at the following address: (f) **c/o Elaine Nolan, Kirkland & Ellis International LLP, 30 St Mary Axe, London, EC3A 8AF**

(f) Appointor to insert address

If your consent has not been given within five business days the appointor may make the appointment notwithstanding that you have not replied.

(g) Insert name and address

(g) ___RBS INVOICE FINANCE LIMITED, 280 BISHOPSGATE, LONDON, EC2M 4RB___

being the holder of the following floating charge over the company's property:

(h) Give details of charge, date registered and (if any) financial limit

(h) ___FIXED AND FLOATING CHARGE DATED 21 FEBRUARY 2014___

consents to the appointment of the administrator(s) in accordance with the details of this notice.

Signed _____   Dated ___29.4.16___

(If signing on behalf of a firm or company state position or office held)

**HMCTS RECEIVED**

Endorsement to be completed by court

This notice was filed (j) _____   2 9 APR 2016

2 9 APR 2016
13:55
ROLLS
BUILDING

(j) Insert date and time

**HARKAND GULF CONTRACTING LIMITED**
(Registered number 08534491)
(the "**Company**")

Minutes of a meeting of the board of directors of the Company held by teleconference on 26 April 2016 at 19.10 (the "**Meeting**")

Present:        Ben Gujral
                David Kerr
                (together, the "**Directors**")

**1        Chairman**

With the approval of the other Directors, Ben Gujral was appointed chairman (the "**Chairman**") of the meeting.

**2        Notice and quorum**

2.1        The Chairman noted that due notice of the meeting had been given to, or waived by, all of the Directors in accordance with the articles of association of the Company (the "**Articles**").

2.2        The Chairman noted that a quorum was present and that the meeting could therefore proceed.

**3        Declarations of interest**

3.1        Each Director confirmed that he or she had no direct or indirect interest in any way in the Transaction (as defined below) which he or she was required to disclose by the Articles or under any law applicable to the Company.

3.2        The Chairman noted that no Director was disqualified from voting at the meeting or from forming part of the quorum for the meeting.

**4        Business of the Meeting**

The Chairman reported that the purpose of the meeting was to consider the present financial difficulties of the Company and the appropriate action to take in the light of those financial difficulties. In particular, the chairperson reported that the meeting was to consider whether it was appropriate to appoint administrators to the Company. The Chairman reported that IAN WORMLEIGHTON, PHILIP BOWERS AND MICHAEL MAGNAY of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ, licensed insolvency practitioners, had agreed in principle to act as administrators of the Company, should the meeting resolve to place the Company into administration.

**5        Documents Produced to the Meeting**

A draft of the document necessary to commence the process to place the Company into administration was produced to the Meeting, including, a notice of intention to appoint administrators, in form (2.8B) (the "**Document**").

**6        Resolutions**

After consideration, IT WAS RESOLVED THAT:

Certified to be a true and
complete copy of the original
*Kirkland & Ellis*
*International LLP*
**KIRKLAND & ELLIS**
International

3

(a) Having regard to the financial position of the Company, it would be in the best interests of the Company and its creditors for the directors to place the Company into administration and appoint IAN WORMLEIGHTON, PHILIP BOWERS and MICHAEL MAGNAY as administrators of the Company.

(b) The form of the Document be approved.

(c) Any director has authority to finalise and sign the Document (with such amendments as he sees fit) and otherwise take all action and execute all documents needed to effect the appointment of administrators to the Company.

(d) KAI ZENG of Kirkland & Ellis International LLP, English counsel to the Company, together with any other solicitor in the London office thereof have authority to finalise and sign the Document (with such amendments as they see fit) and otherwise take all action and execute all documents needed to effect the appointment of administrators to the Company on the Company's behalf.

## 7    Filing

The Chairman instructed the company secretary to make all necessary and appropriate entries in the books and registers of the Company.

## 8    Close

There being no other business, the Chairman declared the meeting closed.

*[The remainder of this page is intentionally left blank]*

4

Certified to be a true and complete copy of the original

*Kirkland & Ellis International LLP*

KIRKLAND & ELLIS
International

Certified to be a true and
complete copy of the original

*Kirkland & Ellis
International LLP*

KIRKLAND & ELLIS
International

Signed: ...............................................................

By: _____ (Chairman)

Rule 2.20                                                                    Form 2.8B

# Notice of intention to appoint an administrator by company or director(s)



| Name of Company **Harkand Gulf Contracting Limited** | Company number **08534491** |
| --- | --- |

| In the **High Court of Justice, Chancery Division, Companies Court** | For court use only Court case number CR-2016-002346 |
| --- | --- |

(a) Insert name and address of registered office of company

1. Notice is given that, in respect of (a) **Harkand Gulf Contracting Limited** ("the company")

\*Delete as applicable

* ~~the company /~~ the directors of the company ("the appointor") intend to appoint

(b) Give name(s) and address(es) of proposed administrator(s)

(b) **Ian Wormleighton, Philip Bowers, and Michael Magnay**

as administrator(s) of the company.

2. This notice is being given to the following person(s), being person(s) who is / are or may be entitled to appoint an administrative receiver of the company or an administrator of the company under paragraph 14 of Schedule B1 to the Insolvency Act 1986:

(c) Insert name and address of each person to whom notice is given

(c) **(i) RBS Invoice Finance Limited, Smith House, PO Box 50 Elmwood Avenue, Feltham, Middlesex, TW13 7QD; and (ii) The Royal Bank of Scotland plc, 36 St Andrew Square, Edinburgh, EH2 2YB**

3. The company has not, within the last twelve months:

(i) been in administration
(ii) been the subject of a moratorium under Schedule A1 to the Insolvency Act 1986 which has ended on a date when no voluntary arrangement was in force
(iii) been the subject of a voluntary arrangement which was made during a moratorium for the company under Schedule A1 to the Insolvency Act 1986 and which ended prematurely within the meaning of section 7B of the Insolvency Act 1986.

4. In relation to the company there is no:

(i) petition for winding up which has been presented but not yet disposed of
(ii) administration application which has not yet been disposed of, or
(iii) administrative receiver in office.

\*Delete as applicable

5. The company \*~~is /~~ is not \*an insurance undertaking / a credit institution / an investment undertaking providing services involving the holding of funds or securities for third parties / or a collective investment undertaking under Article 1.2 of the EC Regulation.

(d) Insert whether main, secondary or territorial proceedings

6. For the following reasons it is considered that the EC Regulation \*will ~~/ will not~~ apply. If it does apply, these proceedings will be (d) **main** proceedings as defined in Article 3 of the EC Regulations. **The company has its registered address and centre of main interest in London.**

7. Attached to this notice is \*~~a copy of the resolution of the company to appoint an administrator /~~ a record of the decision of the directors to appoint an administrator.

\*Delete as applicable

| Certified to be a true and complete copy of the original *Kirkland & Ellis International LLP* **KIRKLAND & ELLIS** International |
| --- |

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*

**KIRKLAND & ELLIS**
International

Form 2.8B continued

(e) Insert name and address of
person making declaration

I (e) **Kaiwen Zeng, solicitor, of Kirkland & Ellis International LLP, 30 St Mary Axe, London, EC3A 8AF**

(If making the declaration on behalf of appointor indicate capacity e.g. director/solicitor)

hereby do solemnly and sincerely declare that:

(i) the company is or is likely to become unable to pay its debts
(ii) the company is not in liquidation, and
(iii) the statements in paragraphs 3 and 4 are, so far as I am able to ascertain, true,

and that the information provided in this notice is to the best of my knowledge and belief true,

**AND I make this solemn declaration conscientiously believing the same to be true and by virtue of the Statutory Declarations Act 1835**

Declared at   30 ST MARY AXE , LONDON , EC3A 8AF

Signed

This   29th   day of   April   2016

before me   Commissioner for Oaths
(A . J . CLAUDET )

Note: This form now to be sent
to all those required to be sent
the form by Rule 2.20(2)

A Commissioner for Oaths or Notary Public or Justice of the Peace or Solicitor or Duly Authorised Officer.

**Consent of Floating Charge Holder to Appointment of Administrator(s)**
(Do not detach this part of the notice)

If, having read this notice, you have no objection to the making of this appointment you should complete the details in the box below and return a copy of this notice as soon as possible, and within five business days from receipt of this notice, to the appointor at the following address: (f) **c/o Elaine Nolan, Kirkland & Ellis International LLP, 30 St Mary Axe, London, EC3A 8AF**

(f) Appointor to insert address

If your consent has not been given within five business days the appointor may make the appointment notwithstanding that you have not replied.

(g) Insert name and address

(g)   THE ROYAL BANK OF SCOTLAND PLC,
36 ST ANDREW SQUARE , EDINBURGH , EH2
2YB

being the holder of the following floating charge over the company's property:

(h) Give details of charge, date
registered and (if any) financial
limit

(h)   FLOATING CHARGE DATED 28 AUGUST
2014

consents to the appointment of the administrator(s) in accordance with the details of this notice.

MATHEW CREED
SIGNING UNDER
A POWER OF
ATTORNEY .

Signed                          Dated  29|4|16
(If signing on behalf of a firm or company state position or office held)

HMCTS
RECEIVED

(j) Insert date and time

This notice was filed (j)   2 9 APR 2016

**Endorsement to be completed by court**

2 9 APR 2016
13:55
ROLLS
BUILDING

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP*

**KIRKLAND & ELLIS**
International

**HARKAND GULF CONTRACTING LIMITED**
(Registered number 08534491)
(the "**Company**")

Minutes of a meeting of the board of directors of the Company held by teleconference on 26 April 2016 at 19.10 (the "**Meeting**")

Present:        Ben Gujral
                David Kerr
                (together, the "**Directors**")

**1        Chairman**

With the approval of the other Directors, Ben Gujral was appointed chairman (the "**Chairman**") of the meeting.

**2        Notice and quorum**

2.1      The Chairman noted that due notice of the meeting had been given to, or waived by, all of the Directors in accordance with the articles of association of the Company (the "**Articles**").

2.2      The Chairman noted that a quorum was present and that the meeting could therefore proceed.

**3        Declarations of interest**

3.1      Each Director confirmed that he or she had no direct or indirect interest in any way in the Transaction (as defined below) which he or she was required to disclose by the Articles or under any law applicable to the Company.

3.2      The Chairman noted that no Director was disqualified from voting at the meeting or from forming part of the quorum for the meeting.

**4        Business of the Meeting**

The Chairman reported that the purpose of the meeting was to consider the present financial difficulties of the Company and the appropriate action to take in the light of those financial difficulties. In particular, the chairperson reported that the meeting was to consider whether it was appropriate to appoint administrators to the Company. The Chairman reported that IAN WORMLEIGHTON, PHILIP BOWERS AND MICHAEL MAGNAY of Deloitte LLP, Athene Place, 66 Shoe Lane, London, EC4A 3BQ, licensed insolvency practitioners, had agreed in principle to act as administrators of the Company, should the meeting resolve to place the Company into administration.

**5        Documents Produced to the Meeting**

A draft of the document necessary to commence the process to place the Company into administration was produced to the Meeting, including, a notice of intention to appoint administrators, in form (2.8B) (the "**Document**").

**6        Resolutions**

After consideration, IT WAS RESOLVED THAT:

3

Certified to be a true and
complete copy of the original

*Kirkland & Ellis
International LLP*

KIRKLAND & ELLIS
International

Having regard to the financial position of the Company, it would be in the best interests of the Company and its creditors for the directors to place the Company into administration and appoint IAN WORMLEIGHTON, PHILIP BOWERS and MICHAEL MAGNAY as administrators of the Company.

(b)   The form of the Document be approved.

(c)   Any director has authority to finalise and sign the Document (with such amendments as he sees fit) and otherwise take all action and execute all documents needed to effect the appointment of administrators to the Company.

(d)   KAI ZENG of Kirkland & Ellis International LLP, English counsel to the Company, together with any other solicitor in the London office thereof have authority to finalise and sign the Document (with such amendments as they see fit) and otherwise take all action and execute all documents needed to effect the appointment of administrators to the Company on the Company's behalf.

7   **Filing**

The Chairman instructed the company secretary to make all necessary and appropriate entries in the books and registers of the Company.

8   **Close**

There being no other business, the Chairman declared the meeting closed.

*[The remainder of this page is intentionally left blank]*

4

Certified to be a true and
complete copy of the original

*Kirkland & Ellis*
*International LLP.*

KIRKLAND & ELLIS
International

Signed: .................................................................

By: _____ (Chairman)