IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| HARKAND GULF CONTRACTING LTD., *et al.*,[1] | § | Case No. 16-33091-H3-15 |
| | § | |
| Debtors in a foreign proceeding.. | § | (Jointly Administered) |
| | § | |

**<u>DEBTORS' WITNESS AND EXHIBIT LIST
FOR JULY 25, 2016 HEARINGS</u>**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COME NOW the above-captioned Debtors and submits their Witness and Exhibit List for the hearings set for **July 25, 2016 at 11:30 a.m.** as follows:

**<u>WITNESSES</u>**

The Debtors may call any one or more of the following witnesses:

1. Ian Wormleighton (in person);

2. Elaine Nolan (telephonically);

3. Alan Crawford Meek (telephonically);

4. Any witness called or listed by any party; and

5. Any rebuttal witnesses.

**<u>EXHIBITS</u>**

The Debtors may offer into evidence any one or more of the following exhibits at the hearing:

---

[1] The Debtors in these chapter 15 cases and the last four digits of each Debtor's United Kingdom Company Registration Number are as follows: Harkand Gulf Contracting Limited (4491); Harkand Global Holdings Limited (9919); and Integrated Subsea Services Limited (8386). The Debtors' principal offices are located at: c/o Deloitte LLP, Four Brindleyplace, Birmingham for Harkand Gulf Contracting Limited; and c/o Deloitte LLP, 110 Queen Street, Glasgow, G1 3BX for Harkand Global Holdings Limited and Integrated Subsea Services Limited.

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| D-1 | Harkand Gulf Contracting Limited: Chapter 15 Petition for Recognition of Foreign Proceeding and exhibits [Docket No. 1, filed 6/20/2016] | | | | |
| D-2 | Harkand Global Holdings Limited: Chapter 15 Petition for Recognition of Foreign Proceeding and exhibits [Docket No. 1, filed 6/20/2016] | | | | |
| D-3 | Integrated Subsea Services Limited: Chapter 15 Petition for Recognition of Foreign Proceeding and exhibits [Docket No. 1, filed 6/20/2016] | | | | |
| D-4 | Verified Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representatives, (III) Related Relief Under Chapter 15, and (IV) Provisional Relief Under Sections 105 and 1519 of the Bankruptcy Code and exhibits[Docket No. 2, filed 6/20/2016] | | | | |
| D-5 | Declaration of Ian Wormleighton in Support of Verified Petition for Recognition and Chapter 15 Relief [Docket No. 4, filed 6/20/2016] | | | | |
| D-6 | Harkand Gulf Contracting Limited Notice of Intention, Board Minutes, and Notice of Appointment | | | | |
| D-7 | Integrated Subsea Services Limited Notice of Intention, Consent to Appointment, and Notice of Appointment | | | | |
| D-8 | Harkand Global Holdings Limited Notice of Intention, Board Minutes, and Notice of Appointment | | | | |
| D-9 | Declaration of Elaine Nolan in Support of Verified Petition for Recognition and Chapter 15 Relief [Docket No. 5, filed 6/20/2016] | | | | |
| D-10 | Declaration of Alan Crawford Meek in Support of Verified Petition for Recognition and Chapter 15 Relief [Docket No. 6, filed 6/20/2016] | | | | |
| D-11 | | | | | |
| D-12 | | | | | |
| D-13 | | | | | |
| D-14 | | | | | |
| D-15 | | | | | |

The Debtors reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

| | |
|---|---|
| Houston, Texas<br>Dated:  July 21, 2016 | */s/ Zack A. Clement*<br><br>Zack A. Clement (Texas Bar No. 04361550)<br>**ZACK A. CLEMENT PLLC**<br>3753 Drummond<br>Houston, Texas 77025<br>Telephone: (832) 274-7629<br>Email: zack.clement@icloud.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Adam Paul (admitted *pro hac vice*)<br>Nora S. Tauke Schweighart (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            james.sprayregen@kirkland.com<br>                      adam.paul@kirkland.com<br>                      nora.schweighart@kirkland.com |

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify on that the 21st day of July 2016, a true and correct copy of the foregoing was sent via the Court's CM/ECF electronic notification system to all parties requesting service through same:

/s/ Zack A. Clement
Zack A. Clement

- 4 -